AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Samuel Ernesto Mendez | ) | 6:22-mj- 2220 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Feb. 12, 2022___ - Nov. 21, 2022 ___ in the county of ___Orange___ in the
___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Use of facility or means of interstate commerce to persuade or attempt to persuade a minor to engage in illegal sexual activity |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Kevin Kaufman, SA, FBI
_Printed name and title_

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed R. Crim P. 4.1 and 4(d).

Date:    11/23/2022

City and state:    Orlando, FL

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

STATE OF FLORIDA                         CASE NO. 6:22-mj- 2220

COUNTY OF ORANGE

## AFFIDAVIT

I, Special Agent Kevin Kaufman, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1.      I have been employed as a Special Agent with the FBI since 2004.  I am currently assigned to the Tampa Division, Orlando Resident Agency, of the FBI. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2.      I have received specialized training in the investigation of sex crimes, child exploitation, child pornography, and computer crimes.  I have participated in investigations involving online solicitation/enticement of a minor in violation of 18 U.S.C. § 2422(b).  I have also participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A.  I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography.  Additionally, I have participated in the execution of search

warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

## PURPOSE OF AFFIDAVIT

3.     As set forth below, there is probable cause to believe that between on or about February 12, 2022, through November 21, 2022, in the Middle District of Florida, and elsewhere, SAMUEL ERNESTO MENDEZ (MENDEZ) violated 18 U.S.C. § 2422(b) (use of facility or means of interstate commerce to persuade or attempt to persuade a minor to engage in illegal sexual activity). This Affidavit is thus made in support of a criminal complaint and arrest warrant against MENDEZ for this offense.

## STATUTORY AUTHORITY

4.     Title 18 U.S.C. § 2422(b) prohibits using a facility and means of interstate commerce, to knowingly persuade, induce, entice, and coerce or to attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

5.     It is a criminal offense under Florida Statute § 800.04(4)(a)(1) to engage in sexual activity with a person who is 12 years of age or older but less than 16 years of age.

## PROBABLE CAUSE

6.      On October 10, 2022, the FBI received an online tip in reference to interstate travel for sexual contact with a minor in Orlando, Florida.  The tip was submitted by the child victim's (CV) mother.  CV's mother called the FBI to report that her 12-year-old daughter, date of birth xx/xx/2009, had been in contact with a male believed to be SAMUEL ERNESTO MENDEZ (MENDEZ).  CV's mother informed the FBI that MENDEZ was approximately 28 years old and resided in Philadelphia, Pennsylvania.  CV's mother reported that on or about June 5, 2022, MENDEZ drove from Philadelphia, Pennsylvania to CV's grandmother's house in Orlando, Florida to pick up CV in the middle of the night.  CV's uncle discovered that CV was missing and immediately contacted the Orange County Sheriff's Office (OCSO). OCSO detectives responded to the residence and contacted CV's uncle.  While the OCSO detectives were at the residence taking the incident report, CV was dropped off by MENDEZ at the end of the street. CV was intoxicated and based on statements made by CV, OCSO detectives believed that Mendez engaged CV in sexual intercourse.  CV was taken to the hospital.

7.      While at the hospital, CV refused a medical examination.  CV told CV's mother that she had sexual intercourse.  CV's mother asked CV if she used protection and CV responded "yes".  CV's mother was able to obtain the underwear CV was wearing while interacting with MENDEZ and provided the underwear to investigators who submitted it to FDLE for DNA analysis. That testing is ongoing. CV's mother provided the OCSO two cellular telephones.  One of the cellular telephones provided was a Samsung 9 cellular telephone later identified as

3

MENDEZ's prior cellular phone.   MENDEZ gave CV the cellular telephone when he victimized CV after picking her up at her grandmother's house.  CV's mother accessed the cellular telephone that MENDEZ gave CV and discovered that the cellular telephone still had MENDEZ's full name, personal information, and voicemails on it.

8.      CV's mother stated that CV believed that she was in a relationship with MENDEZ.  CV's mother stated that MENDEZ previously posted photographs of CV and other young females on his Instagram page.  CV's mother stated various men were commenting on the images MENDEZ posted.  CV's mother took all electronic devices from CV, but CV still found ways to contact MENDEZ.

9.      On October 11, 2022, I spoke to OCSO detectives about the investigation.  I requested all evidence and incident reports from the OCSO.   On October 13, 2022, I spoke to CV's mother via the telephone.  CV's mother informed me that CV was still in contact with MENDEZ via her Sony PlayStation.  CV's mother screen captured the chats from CV's PlayStation account and provided them to the FBI.  In addition, CV's mother informed me that CV had been in contact with MENDEZ prior to being victimized on June 5, 2022.  The CV's mother located messages in CV's cellular telephone.  The conversations were sexual in nature and based on the way the male texted in the conversation and the content observed, CV's mother believed it was the same person whom CV texted with after being victimized on June 5, 2022.

10.     On August 16, 2022, CV's mother located her six-year-old son's cellular telephone hidden in CV's room.  CV had stolen the cellular telephone from the glove box of CV's mother's vehicle.  CV's mother opened the cellular telephone and discovered messages on Snapchat from a Snapchat user identified as j_hammer359. CV's mother believed CV was using this account to communicate with MENDEZ based on the writing style and content within the communications.  CV's mother took pictures of the conversations using her cellular telephone and provided those conversations to the FBI.   I reviewed the conversation and throughout the conversation MENDEZ told CV that he loved her.  In particular, MENDEZ told CV "If I don't say I love you back it's cuz someone from work is near me, and I don't want them to know I have a gf".  MENDEZ told CV that he loved her more than anything.  As the conversation continued, MENDEZ told CV that he would wait forever for CV and stated, "I always think how it's gonna be great living together".

11.     On October 14, 2022, I received permission from CV's mother to access CV's PlayStation account to read the text messages exchanged between MENDEZ and CV.  CV's mother provided the email login and password to CV's PlayStation account.  On October 17, 2022, I accessed CV's PlayStation account and discovered that on September 7, 2022, CV began a chat with a user identified as iceThaMan who was later identified as MENDEZ.

12.     During the conversation, CV told MENDEZ that she was utilizing her PlayStation to chat with MENDEZ.  MENDEZ was surprised that CV was using the PlayStation application to reach out to him. On September 8, 2022, CV told

MENDEZ that she missed him.  MENDEZ responded, "I miss you more".  As the conversation continued, CV told MENDEZ that she loved him and MENDEZ responded, "I love you too…Baby forever".  MENDEZ explained to CV, "Cuz I want you so bad I have you but don't cuz I wanna touch you".  MENDEZ told CV, "I wanna love you…And fuck you".  MENDEZ complimented CV, "You fucking sexy baby" and told CV, "Ima make you gag".   CV informed MENDEZ that she wanted to test her headphones and told MENDEZ she was going to start a party. CV then is observed starting a "party"[1] within the conversation.  CV asked MENDEZ if he heard her and MENDEZ responded, "yes".

13.    CV asked MENDEZ if they could drink.  MENDEZ told CV that he was tired and had to work.  MENDEZ continued "…and can't fuck you ima sleep lol".  CV then asked MENDEZ if he wanted to drink.  CV told MENDEZ that she had three beers that she had never tried before.  MENDEZ responded, "You going to drink 1" and CV responded, "Yuh". CV continued and told MENDEZ, "Baby im wet".  MENDEZ responded, "Okay…Mmmm".  CV asked MENDEZ, "Your done" and MENDEZ told  CV, "I love that".  CV stated she was done and MENDEZ responded, "I wanna grab you and left your legs and stick my hard dick in that pretty tasty wet pussy baby".  CV asked MENDEZ to drink and MENDEZ told CV that she could only have one drink.  CV wanted to live chat with MENDEZ,

---

[1] "Party" is a way PlayStation users can voice chat or text with other players.

however MENDEZ told CV he was tired and wanted to go to bed.  MENDEZ stated, "Gn i Love you beautiful".  CV told MENDEZ her mother went to bed and MENDEZ never responded.  CV became upset and stated "Omg baby i forgot to tell you I made a friend that cuts sneaks out goes to mental hospital had sex got called a slut by her mom and takes edibles like me".

14.     On September 9, 2022, MENDEZ asked CV if she was okay.  CV did not respond, and MENDEZ became concerned.  Later in the day CV responded, "No iwas at school idiot…and im back now".  MENDEZ told CV that he loved her and CV told MENDEZ that she loved him too.  MENDEZ continued to engage in conversations with CV.  CV and MENDEZ live chatted numerous times throughout their interactions.  On September 11, 2022, MENDEZ told CV that he did not want to live chat with CV because her mother was down the hall.  CV tried to convince MENDEZ that her mother would not hear them, but MENDEZ refused.  Later that evening, CV informed MENDEZ that she was babysitting, and her parents had left.  CV and MENDEZ then engaged in live conversation.  On September 20, 2022, MENDEZ told CV "Baby we are soulmates just cuz we have some problems don't mean we breaking up. Ily sm".

15.     During the conversations with CV, MENDEZ told CV that he loved her numerous times.  On September 29, 2022, MENDEZ told CV "Good morning baby, I love you always even if I'm being an cranky old man lol".  MENDEZ and CV continued to chat until October 10, 2022.  During these conversations, there were

numerous live chats and based on the conversation it is believed that CV believed that she was in a romantic relationship with MENDEZ.

16.    I reviewed the forensic extraction of CV's cellular telephone.  During my review of the cellular telephone, I observed Snapchat contact "icecreamsam69" in CV's cellular device contacts.  Within the contact, it identified other names linked to that contact to include "icethaman".



17.    Based on this discovery I believe that MENDEZ utilized Snapchat account "icecreamsam69" to interact with and entice CV.  I did not find any conversations between CV and MENDEZ on the device.  Based on this, I believe CV deleted the conversation after MENDEZ provided her his old Samsung 9 cellular telephone.  I searched "icecreamsam69" in Snapchat and discovered the account was still active and the bitmoji avatar was the same as the bitmoji avatar on the Snapchat profile of "j_hammer359".

 

"j_hammer359"                                  "icecreamsam69"

## IDENTIFYING SAMUEL MENDEZ

18.     On October 19, 2022, I reviewed documents Snap Incorporated provided in reference to j_hammer359.  Snap user account j_hammer359 was registered by cellphone telephone number (267) 975-2373 on June 5, 2022.  The IP logins for j_hammer359 have several login IPs listed to include login IP address 108.16.17.64, which was used on August 16, 2022, at 05:36:08 UTC, and IP address 71.175.104.80, which was used to log into the account on August 11, 2022, at 19:38:32 UTC.

19.     On October 19, 2022, the FBI sent Sprint an administrative subpoena to identify the subscriber of (267) 975-2373.  On October 21, 2022, Sprint responded to the administrative subpoena identifying the subscriber of (267) 975-2373 as MENDEZ with an address of XXXX N Hope Street, Philadelphia, Pennsylvania.

20.     On October 21, 2022, the FBI sent an administrative subpoena to Verizon Fios to determine the subscriber of the IP addresses that logged into Snapchat account j_hammer359.  On October 24, 2022, Verizon Fios responded to the FBI administrative subpoena.  Verizon Fios identified an individual with the same address of XXXX N Hope Street, Philadelphia, Pennsylvania as the subscriber of 108.16.17.64.  This IP address accessed Snapchat account j_hammer359 on August 16, 2022, at 05:36:08 UTC. Additionally, Verizon Fios confirmed that the same individual was also the subscriber of IP address 71.175.104.80.  This IP address was used to log into Snapchat account j_hammer359 on August 11, 2022, at 19:38:32

UTC.  Based on open source checks, the FBI assesses that this subscriber for the two IP addresses is related to MENDEZ.

21.     Based on the OCSO reports, CV was victimized by MENDEZ on June 5, 2022.  MENDEZ provided his older Samsung 9 cellular phone to CV so that MENDEZ could utilize the device to further entice CV and communicate with CV undetected by CV's parents.  CV's mother provided the cellular telephone to law enforcement and gave consent for law enforcement to search the phone.  (In an abundance of caution, law enforcement obtained a warrant to search the cellular telephone, as further described below).  In addition, the FBI believed that the Snapchat accounts j_hammer359 and icecreamsam69 contained evidence that MENDEZ enticed CV to engage in sexual activity, as well as location information indicative of where CV was victimized.

22.     On November 4, 2022, the FBI obtained a federal search warrant to search the Samsung 9 cellular telephone that MENDEZ gave CV, as well as MENDEZ's Snapchat accounts identified as j_hammer359 and icecreamsam69.

## TRAVEL OF MENDEZ TO ORLANDO, FLORIDA

23.     Through law enforcement contacts at the airport, I was able to locate travel records for MENDEZ traveling on Spirit Airlines from Philadelphia, Pennsylvania to Orlando, Florida on June 4, 2022.  Spirit Airlines confirmed that MENDEZ returned to Philadelphia, Pennsylvania on June 6, 2022.  On October 31, 2022, I obtained a search warrant to obtain the historical telephone data for telephone number (267) 975-2373.  On November 1, 2022, the search warrant was

served on the provider and on November 4, 2022, the provider responded with the records requested. Based on the records reviewed, the FBI was able to determine the location of the device from June 4-6, 2022. On the morning of June 4, 2022, the device was in Philadelphia, Pennsylvania. Later that day, the records indicated the device was in Orlando, Florida. On June 4 and 5, 2022, the records indicated the device was located near or around the area CV resided at the time MENDEZ victimized CV. After further review of the records, it was determined the device returned to Philadelphia, Pennsylvania on June 6, 2022.

## REVIEW OF MENDEZ'S CELLULAR TELEPHONE

24.     On November 14, 2022, I reviewed MENDEZ's Samsung 9, model number SAM-J737P cellular telephone. During the review of the extraction of the cellular telephone, I identified that the phone number assigned to the device was (267) 975-2373. The device had SAMUEL MENDEZ (MENDEZ) listed as the user. I looked through the contacts and located several contacts related to CV. The contacts listed CV's name in the contact information and had Snapchat usernames that began with the same, unique username, but ended in -xd, -14, and -12. I located two other Snapchat accounts that had the same unique beginning for the username, but ended in -xyt and -11. The contact's name listed for the account ending in -xyt was "heart emoji crystal heart emoji". The contact's name listed for the account ending in -11 was "Potato unidentified face emoji". Based on my training and experience and my knowledge of the case, I believe all of these Snapchat usernames

11

to belong to CV.  Based on the contacts identified, I searched the extraction report chats.

25.     During the review of the chats, I observed several Snapchat chat conversations between the Snapchat account ending in -11 and other Snapchat users prior to CV even being in receipt of the cellular telephone.  Based on my training and experience, it is my belief that the Snapchat conversations were downloaded to the cellular telephone as soon as CV logged into her Snapchat account on the cellular device.  I also located a chat between the user name ending in -11 and icecreamsam.  Snapchat account icecreamsam is believed to be a Snapchat Account used by MENDEZ.  During the conversation, CV identified TikTok account @icecreamsam69.  It is believed that this account belonged to MENDEZ.

26.     I went through the videos located in the extraction report.  I located two CSAM videos of CV.  In both videos, CV is naked from the waist down and is masturbating.  Additionally, in both videos, CV has black nail polish on her fingers and in one video CV is wearing a silver ring.  I located another video in which CV's face is identified.  In this video, CV has the same black nail polish as seen in both CSAM videos and the same silver ring that was observed in one of the CSAM videos.  I also located 3 other CSAM videos of an unknown 13–15-year-old female. The video file path for all CSAM, identified the CSAM videos were received through Snapchat.

## REVIEW OF MENDEZ'S SNAPCHAT ACCOUNT "ICECREAMSAM69"

27.     On November 16, 2022, Snap Incorporated responded to the federal search warrant for the contents of Snapchat account icecreamsam69.  On November 21, 2022, I reviewed content within the Snapchat account.  During my review, I discovered the subscriber of the account registered the account using telephone number (267) 975-2373 and email icethaman@hotmail.com.  In MENDEZ'S Snapchat account, I located several conversations between MENDEZ and CV's Snapchat account ending in -11, and another Snapchat account that I believe to belong to CV with the same Snapchat username but ending in -15.  The conversations detailed the nature of the relationship between the two.

28.     The conversations spanned over several months and were sexual in nature.  On March 26, 2022, CV told MENDEZ that she had a dream about "something real dirty".  MENDEZ asked CV what kind of dream and CV responded, "I had a dream I was with my bf and I started to suck on him and then we started doing it".  CV then told MENDEZ that she wished it was real and MENDEZ responded, "It will be some day…But just keep on dreaming for now lol".  MENDEZ then stated "Now I'm thinking of some of your videos.  I'm a bad bad  man lol".  CV responded, "Perv".  MENDEZ and CV then go back and forth calling each other perverts and MENDEZ stated, "Okay and I'm a perv that's nothing to being called a pedo lol".

29.     Later in the conversation, CV sent MENDEZ a close-up image of a vagina being spread apart with two fingers.  MENDEZ responded, "Lil pussy".  In

the picture, a blue comforter and pillow can be seen. I spoke to CV's mother and sent her a sanitized image that contained the pillow and blue comforter observed in the CSAM video. CV's mother stated the comforter belonged to CV and sent me a picture of the pillow observed in the CSAM video. As the conversation continued, MENDEZ stated "Let me roofie you" followed by laughing to tears emoji. CV responded, "Talk to me I talk back let's talk money". MENDEZ told CV that he hated being an adult and told CV "If you can turn 18 and stop there" followed by laughing to tears emoji.

30.    On March 27, 2022, CV and MENDEZ are talking about a person on a gaming application willing to pay for nude photos. CV told MENDEZ "Say if he gives me 45$ in robux you'll show him my boobs".   MENDEZ told CV that he did not want to send her pictures. CV then sent several images and videos to MENDEZ. One of the images CV sent was of a female's buttocks. The female is kneeling on a gray couch with her buttocks to the camera. The female is wearing a teal G-string which exposed her anus to the camera. MENDEZ responded, "The bootyhole". I spoke to CV's mother and sent her a sanitized image of CSAM image CV sent to MENDEZ. CV's mother identified the couch in the image and stated, "Yes at one point I had a blue jacket hanging on the couch" thus confirming the image was of CV. Later in the conversation, MENDEZ told CV "Oh okay dw about it, later when we talk again I'll tell you which one ima delete your nudes over there now".

31.    On April 3, 2022, MENDEZ told CV that he was busy saving "nudes". MENDEZ informed CV that he did not save any of the "nudes" that CV sent him.

14

On April 6, 2022, CV sent MENDEZ three images.  Two of the images were closeups of a female spreading her vagina apart.  The images do not show any facial features, however, based on the pink lighting and the fingers in the images, I believe the images are of CV.

32.     On April 9, 2022, CV using her Snapchat account ending in -11 told MENDEZ that she told someone that she was 12 years old and the person did not believe her.  MENDEZ responded, "Lol cuz look at you".  On April 10, 2022, CV told MENDEZ that she was fat.  MENDEZ responded, "That's good but also chill that's how you get fat lol jk… If your fat than I'm not a pedophile".  As the conversations continued it appears that MENDEZ and CV are engaging in conversations about sex and sex acts.  On April 18, 2022, MENDEZ informed CV that he had used the restroom.  MENDEZ informed CV that he was back and CV stated, "Im horny but i cant moan or masterbate".  MENDEZ told CV he knew and CV responded, "Hes near your age".

33.     On May 25, 2022, CV switched her Snapchat account to the account ending in -15.  On May 29, 2022, CV told MENDEZ, "Theirs a bottle in between my legs and it kinda feels good… Can I please have a baby".  MENDEZ responded, "Yes but not soon".  CV asked MENDEZ why and MENDEZ explained that he had already talked to CV about why they had to wait.  On May 31, 2022, MENDEZ told CV that he showed his mother a picture of CV.  MENDEZ stated, "She keeps asking questions lol… Ik she thinks your younger cuz she ask your age again lol yesterday… She ask what you do for work… I said you take care of pets… Ik she is trying to

15

make sure I'm not doing what I am doing". As the conversation continued, CV told MENDEZ "Im wet".  MENDEZ responded, "Ofc you are".  As the conversation continued I believe based on the context that MENDEZ and CV were connected via phone at the same time they were text chatting: MENDEZ wrote "Ima have to leave you on the seat so I can use the bathroom okay?... Yes… Your moaning… I don't wanna get hard I need to use the bathroom dummy." MENDEZ than asked CV if she wanted him to mute the phone.

34.     As explained, on June 4, 2022, MENDEZ traveled from Philadelphia, Pennsylvania to Orlando, Florida.  On June 4, 2022, MENDEZ sent CV a message stating "Nissan".  Based on this, I believe that MENDEZ rented a Nissan when he arrived in Orlando, Florida.  On June 5, 2022, MENDEZ asked CV what she was doing.  MENDEZ than stated "You going to act like you sleeping now…Keep acting for lil more".  As the conversation continued, CV responded "I stayed up and they haven't came in my room".  MENDEZ then asked CV when and approximately 40 mins later CV responded "Baby…Babe…Rich Bunny".  This was the last contact between MENDEZ and CV on June 5, 2022.  It is believed that at or shortly after this time, MENDEZ created Snapchat account j_hammer359 to continue to interact with CV.  I have not yet received the returns from Snapchat for the J_hammer359 search warrant.

35.     I continued to review MENDEZ'S icecreamsam69 Snapchat account and located a conversation between him and a Snapchat account with the username XXXXXXXarie6.  On July 28, 2022, MENDEZ wrote, "Did I tell you I have a gf?".

16

XXXXXXXarie6 congratulated MENDEZ on his new girlfriend and MEDEZ tells XXXXXXXarie6 that his girlfriend is amazing.  MENDEZ informed XXXXXXXarie6 that the relationship is long distance for now and he had visited her.  MENDEZ continued and informed XXXXXXXarie6 that his girlfriend was "young" and stated "Yea yk me I like em young…But I mean I didn't know we would start dating it like just happened I believe she is my soulmate".  MENDEZ told XXXXXXXarie6 his girlfriend's age was 12 and XXXXXXXarie6 responded, "Uhhhhmmmm you mean 21?"  MENDEZ then stated "No…Lol real young ik but its a number to me yk that by now".  XXXXXXXarie6 told MENDEZ that his relationship with a 12-year-old was "weird" and MENDEZ responded, "Maybe a little…But she is just perfect…Ima marry this ik…Like I said it just happened like it was ment to be…Wanna see a pic of her".

36.    MENDEZ sent a picture to XXXXXXXarie6 and XXXXXXXarie6 responded "She's pretty..but she is 12"  MENDEZ responded, "So…She 12 but I had more a relationship with her than any older girl…She isn't like any 12 year old tho…So that's why I'm with her…She will move in with me at 18 tho".  XXXXXXXarie6 asked MENDEZ how long he had been with the 12-year-old girl. MENDEZ responded, "4 months".  MENDEZ went on and described CV "She's 5,6 her name is [A]…She Puerto Rican like me…She was my 1st and I was her 1st too".  XXXXXXXarie6 responded, "Wow , that's sumthin".  MENDEZ than justified his actions "Yea sometimes I even think to myself like did I just do that but then I'm like there are actually bad guys out there raping or having sex with lil girls they don't

want to be in a relationship with…I know a 14 year old that had got fucked in a 27 year old truck the 1st night she meet him on tt (TikTok) and he had a gf…So idk I feel I'm not bad…I seen a vid of a 13 year old get fucked in car and a 9 year old in a room…Even tho I'm still a lil wrong , frfr I'm really not and if ppl want to help someone it's not my gf that needs help if yk what I mean".

37.     XXXXXXXarie6 responded "wow…Yeah I get it".  MENDEZ continued, "Yea the 14 year old I was actually gonna do it with her but I chicken out…I'm glad I did cuz she just a thot frfr she my friend but she just hoeing but if she was my gf I would have gone…I be thinking sometimes if it was like this when I was a kid and just didn't know…Or did it get way worse…Cuz ik when I was younger I didn't think 12 year Olds and 14 year Olds was getting fucked by 27 and up".  As the conversation continued, MENDEZ told XXXXXXXarie6 "I mean we been talked about marriage and kids…She is 12 and wanted me to get her pregnant she wants a baby lol…I said yes at 1st and thought um nah that's to far I told her she gotta be 18 for that and to live with me…Like only reason I went to see her was cuz she really wanted it and idk I did too tho I was a Virgin I thought with my dick a lil more lol…But it was amazing and it wasn't in a fucking car btw…It was kinda romantic lol".

38.     XXXXXXXarie6 told MENDEZ he was happy for him and MENDEZ responded, "Yea but it didn't go 100% right tho…We took to long to take her back home…Her parents called the cops and they asked her alot of questions and took a test of something idk but she said no to everything so they couldn't do any test…And

she lied to them about everything too". XXXXXXXarie6 asked MENDEZ if he was in "Philly" and asked MENDEZ if the cops cared. MENDEZ responded, "But cuz of that they took her tablets and phones away , so she took a tablet and phone from her brother that's old stuff he don't use no more…But she was hiding them , and 5 days ago is last we talked I'm scared they found them and it's probably my fault cuz her dad was picking her up from her mom's and I thought they be back in hours cuz last time they did but I think she was getting picked up to sleep at his house cuz they take turns…Owell I was stupid she was telling me she was gonna bring the phone but I said no I don't want you to get it taken and looks like I was wrong she probably be texting me rn…So yea 5 days of dying…That's why I was being weird with you…If I don't hear from her in like 2 more weeks ik something happened either they found the phone or idk what else..But idk what ima do cuz I can't go looking for her what ima do take her no I can't do shit , they basically taken her from me but whatever I kinda deserve this pain and suffering right cuz I'm a pedophile, that's in everyone's mind if I get caught…And my paranoia is kicking in rn I don't wanna tell you anything else about her sorry".

    39.    On November 21, 2022, I was contacted by CV's mother via telephone. During my conversation with CV's mother, she informed me that CV's mother caught CV utilizing her school laptop to speak with MENDEZ via Google Voice. CV's mother overheard CV telling MENDEZ that she loved and missed him. CV's mother is concerned that MENDEZ may continue to victimize CV over the telephone and internet if law enforcement does not contact MENDEZ.

## CONCLUSION

40.    Based on the foregoing facts and evidence, I submit that probable

cause exists to charge MENDEZ with a violation of 18 U.S.C. § 2422(b) (use of

facility or means of interstate commerce to persuade or attempt to persuade a

minor to engage in illegal sexual activity).

Respectfully submitted,

Kevin Kaufman
Special Agent, FBI

Affidavit submitted by email and attested to me
as true and accurate via telephone or video conference,
consistent with Fed. R. Crim. P. 4.1 and 4(d)(3), before me
this ___23___ day of November, 2022.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

20