# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                         **Case No. 6:23-cr-10-PGB-DCI**

**SAMUEL ERNESTO MENDEZ**

_____

## **APPENDIX**

===============================================================

Letters of Support...........................................................................A
Blanca Mendez, Mother (with translation) ...........................................A-1
Ruben Mendez, Father (with translation)..............................................A-2
Ruben Mendez, Jr., Brother..................................................................A-3
Alex Mendez, Cousin...........................................................................A-4
Jordan Mendez, Cousin........................................................................A-5
Tamara Mendez, Cousin ......................................................................A-6
Iris and Giordan, Grandmother..............................................................A-7
Juan Rivera, Neighbor .........................................................................A-8
Margarita Rodriguez, Neighbor (with translation) ...............................A-9

Photos .................................................................................................B
Young Samuel Mendez..........................................................................B-1
The Mendez Family...............................................................................B-2

Psychosexual Evaluation (Filed under Seal)..........................................C
Dr. Melvin Pagan-Gonzalez, Psy.D., Licensed Psychologist .............C-1

A

# Letters of Support

To whom it may concern,                                    4-4-23

On this occasion, Mr. Judge, I am writing these short lines to talk about my son Sami or Papito, as I call him. It all started on February 15, 1994 when Samuel was born. It was a bit of a difficult birth because Samuel had the umbilical cord wrapped around his neck and he couldn't get out. The doctor had to use a prick to remove it because it was getting asphyxiated. When Samuel was born that day was a beautiful day for me because my second son had just been born, whom I named Samuel Ernesto Mendez. When he went to school for the first time in kindergarten, he did not want to stay and he grabbed my legs crying and with pain in my soul I left him in the classroom because I understood that it was for his own good and that his academic teaching began there. It took him a while to adjust but he remained calm. But as he grew up he had learning problems. Sami was slow to speak. They gave him speech therapy as Sami had trouble reading and concentrating in class.

Sami has always been a shy and quiet boy. He was always at home and when there was a family gathering we would go. There he used to hang out with all his cousins who love each other very much and today they still look for each other and talk to each other on the phone. Sami has always lived with me and his dad. I felt good that he stayed with me in my house because my other son Ruben Mendez, Jr. moved out at 19 years of age and wanted to be independent but Sami felt more protected here at home with us, his parents. His father was always tending to see if Sami needed something.  When we had to take out the garbage I told him and we did it together. I had to help Sami clean up the room, wash clothes and cook for him because he didn't know how. He heated up Hot Pockets food in the microwave.  When Sami was in High School in grade 9, in the middle of the school year, every morning he didn't want to go to school, he cried and urinated on himself. I took him to a therapist but he never said what was

wrong with him. A few weeks passed and he returned to school but the school nurse called to come pick Sami up because he had a fever or a headache.  Samuel's first job was in a factory where Sami's brother, Ruben Mendez, Jr., worked. He felt good because he was with his brother. After that he worked doing landscaping and his brother worked there too. He was always with his brother at the same job and Sami helped me pay the bills.

Sami has never hurt anyone and I taught him to be respectful with people. I inculcate respect in him, for that I am very hurt for what we are going through, I say we are going through because not only is Sami suffering, we are also suffering, it is the first time that I do not have him at home and I really miss him. Every day I wait for his call to know that he is okay and to listen to his voice since I can't see him. And every day and night I ask God to take care of him and protect him. Sami was home from work. Sami is not bad, he is a good boy and now he is in a place far from his family.

Your Honor, Sami is a shy and quiet boy, he has never had any problems with anyone and never has had a legal case. This is the first time and as a mother I apologize to everyone involved because I know he didn't want to hurt anyone. This is all and thank you very much for reading this letter. May God bless you, Mr. Judge.


Sincerely,


Blanca Mendez

A quien pueda Interesarle                                    4-4-23
En esta ocasion a usted Señor Juez
Escribo estas cortas lineas para hablar de mi
hijo Sami o papito como yo le digo Todo comenso
el 15 de Febrero del 1994 Cuando hacio Samuel
fue un parto un poco difisir porque Samuel
Tenia el onbligo anbilicar entredado en el Cuello
y no podia Salir tuvo que el Doctor usar un
Chuco para Poderlo sacar por que se estaba
ofisiando Cuando nacio Samuel ese dia fue un dia
bello para mi porque acabava de nacer mi
Segundo hijo el cual le llame Samuel Ernesto
Mendez Cuando fue por primera vez a la
Escuela en Kinder no se queria quedar y se
agaro de mis piernas yorando y yo Con dolor
en el alma lo deje en el Sabnde clase Porque
entendia que era por su bien y que aqui
comensaba la enseñasa de el Academica mente
Se tardo un Tiempo en adartarse pero se
quedaba mas Tranquilo pero Segun Fue
creciendo tenia problemas de Aprendisaje
Sami se tardo en Ablar ledieron terapias de Ablar
y Dami tenia problemas para leer y Consentrarse
en las clases Sami siempre asido un muchacho
timido y Tranquilo Siempre estaba en la casa
y cuando habia una Fiesta Familiar ibamos
hay se juntaba con todos sus primos que se
quieren mucho hoy dia todaria se buscan y
se hablan por telefono. Sami Siempre a vivido
con migo y su papa yo me sentia bien de que
se quedara con migo en mi casa por que
mi otro hijo Ruben mendez jr Se mudo solo

a los 14 años quiso ser independiente
pero Sami se sentia mas protejido
Aqui en la casa con nosotros sus papas
Siempre estaba el papa pendiente si Sami
necesitaba algo y Cuando abia que sacar
la basura yo le desia y lo asiamos junto
a Sami yo le tenia que ayudar a recojer el
Cuarto a lavar ropa y le cosinaba porque
el no sabia el se calentaba cosas en el
micro onda Hot paquet
O y Cuando Sami estaba Hign School en el
Grado 9 amita del Año escolar todas las
mañanas no queria ir ala escuela lloraba y se
orinaba en sima lo yebe con un terapista
pero nunca dijo que le pasaba pasaron.
Unas Semanas y volbio ala escuela pero
me llamaba de la enfermeria de la escuela
que fuera a recojer a Sami porque tenia
Fiebre o dolor de cabesa
El primer trabajo de Samuel Fue en una
Factoria y hay trabajaba el Hermano de Sami
Ruben mendez j— el Secentia bien porque
estaba con el Hermano des pues de eso trabajo
en Jardineria y el Hermano trabajaba hay
Tambien Siempre estuvo con el Hermano en
el mismo Trabajo y sami me ayudaba apagar los viles
Sami nunca le a echo daño a nadien y yo le
enseñe a ser respetuoso con la Jente y le
enculque respeto por eso ciento mu cho
lo que estamos pasando digo estamos pasando
por que no solo Sami esta Sufriendo nosotros

Tanbien estamos sufriendo es la primera
bes que no lo tengo en casa y me ace
mucha Falta y todos los dia espero su llamada
para saber que esta bien y escucho su voz
ya que no puedo verlo y todas las noche le
pido a Dios que lo cuide y lo proteja
Sami era del trabajo a la casa Sami no es
malo Sami es un muchacho Bueno y haora
esta en un lugar lejos de su Familia.
Señor Juez Sami es un muchacho timido y
tranquilo el nunca a tenido ningun problema
con nadien y ningun caso judicial este
es la primera vez y Como madre le pido
perdon a todos los involucrados por que
yo se que el no quiso haserle daño a nadien
esto es todo muchas gracias por leer
esta carta Que Dios lo bendiga Señor Juez

att Blanca mendz

Mr. Judge,                                         4-4-23

I want to tell you about Samy, my youngest son. Samy since childhood was always a quiet, shy,

quiet, fearful and humble child. He always spoke to me with respect, with people too. He saw

an old man who needed help who lived on the block where we lived, he gave him help and told

me, daddy he is an old man or old lady who needs help.  Also, with his mother, brother and

with the cousins any help. In the block where we live, everyone speaks well of him. He never

had problems with anyone in the block where we live. When he finished his senior year he

started working. When he worked with me I told him how to do the job but he always had to

repeat it again but afterwards he did it well. Later he continued working with Ruben Jr. and

Ruben taught him how to work and he felt safe with his brother Ruben. When Samy had to

change the oil in the car, he always asked me for help because he didn't know how to do it

alone and I as a father gave him the help. When he had free time he was in the room playing

video games. He was always responsible, he helped me pay bills too. He was always waiting for

his mother to help him clean up the room and tell him how to use the washing machine and

cook for him and he was happy. He did things like he was a minor. That is why, Mr. Judge, I am

surprised that Samy made that mistake, fell in love and made that mistake. I hope, Mr. Judge,

that everything is settled and that Samy is with us again in the house. Thank you so much.


Ruben Mendez

4-4-23

Señor Juez quiero hablarle de Samy mi hijo
Menor, Samy desde pequeño siempre Fue un niño trnquilo
Timido, callado, temeroso y humilde Siempre me hablo con todo
respeto, con las personas tambien el Si un Anciano necesital
Ayuda que vivia en el bloque donde Vivimos el le daba la Ayuda
y medecia papi el es un Viejito (o) Viejita Nesecita Alluda
A si tambien con la mama y el hermano con los primos
cualquier Alluda, en el bloque donde Vivimos todos hablan
bien de el Nunca tuvo problemas con nadie en el bloque
donde vivimos, termino el cuanto Año y enpeso A trabajar
Cuando el trabajo conmigo yo le decia como hacer el
trabajo pero siempre tenia que repertirlo denuevo pero
despues lo hacia bien despues el siguio trabajando Rubén Jr.
y Rubén le ensenaba a trabajar y sesentia Seguro con
Ruben su hermano, Cuando Samy tenia que canbiar el
Aceite del carro siempre me pedia Ayuda por que No sabia
hacerlo Solo y yo como padre le dotar la Alluda Cuando
el tenia su tiempo libre estaba en el cuanto Jugando
Video Juegos, siempre Fue responsable me Alludaba a pagar
Viles tambien, siapre estaba pendiente que la mama
le Alludara a recoger el cuanto y le digera como usar
La Labadora y que le cocinaba, y estaba contento el
hacia las cosas como si Fuera menor de edad por
eso señor Juer me estraña que Samy Alla echo ese
eror Se enamoro y cometio ese eror yo espero Señor
Juer que todo Se aregle y que samy este con nosotros
otrabes en la casa Muchas gracias

A-3

To the Honorable Judge,                               4-4-23


I am Ruben Mendez, Jr. brother of Samuel Mendez. These past couple of months
have been without Samuel. Watching shows, movies or even going out to eat have
been difficult without my brother. It's especially hard on my mother sitting and
watching tv in the living room we would all get together frequently for family
time. I know what he has done is extremely wrong but in my heart I know that my
brother is not a malicious person. We used to feed these stray kittens in my
mother's neighborhood daily, one day we came home and one was run over still
laying out on the street. It bothered my brother so much he looked at the camera
recording to see if he could find a plate number and report it. I believe that my
brother is a good person, I know he has difficulty understanding things learning
things even reading and writing and spelling correctly. Spending the rest of his life
locked away will not be good for his mental health or good to be able to learn from
his mistakes or get the proper help he needs. My brother might be the age of a man,
but the way he acts and sees the world is not through the eyes of a man. Samuel
never talked or thought about living on his own. He always wanted to be with my
parents and he always liked playing video games, collect action figures and game
posters of all his favorite games. He was always in the house unless he was at work
with me, every job he has had has always been with me. My hopes in writing this
letter is so that you see it in your heart not to bring the hammer down hard on my
brother's sentence. Hope that he could get out with enough time to properly
transition not manhood. Thank you for taking time out of your day to read my
letter and taking the time to hear me out.


                                                    Ruben Mendez, Jr.

To The Honorable Judge,                    4-4-23

I am Ruben Mendez, R
brother of Samuel Mendez, These
Past couple of months have been
without Samuel. Watching Shows
movies or even going out to eat
have been difficult without my
brother. Its especialy hard on
my mother sitting and watching
tv in the living room we would
all get together frequently for
family time. I know what
he has done is extremely
wrong But In my heart I
know that my brother is not
a malicious person. We used
to feed these stray Kittens
in my mothers neighborhood
daily, one day we came home
and one was run over still
laying out on the street. It
bothered my brother so much
he looked at the camera
recording to see if he could
see if he could find a plate
number and report it, I believe

That my brother is a good person, I know he has difficulty understanding things, learning things even reading and writing, and spelling correctly. Spending the rest of his life locked away will not be good for his mental health, or good to be able to learn from his mistakes, or get the proper help he needs. My brother might be the age of a man, but the way he acts and sees the world is not through the eyes of a man. Samuel never talked or thought about living on his own. He always wanted to be with my parents and he always liked playing video games, collect action figures and game posters of all his favorite games. He was always in the house unless he was at work with me, every job he has had has always been with me.

My hopes in writing
this letter is so that you
see it in your heart heart
not to bring the hammer down
hard on my brothers sentence.
Hope that he could get out with
enough time to properly
transition into manhood.
thank you for taking time
out of your day to read my
letter and taking the time
to hear me out.

Rubin Mendez jr

To the honorable Judge,

My name is Alex Mendez, I am the cousin to Samuel Mendez.  Since kids me and him have always been close.  Seeing how we are only a few months apart from age in a very big family.  I've always been able to count on him to be there for me when I need an extra hand in anything.  Always at every family function no matter how small or how important.  Over the years I've always noticed how behind he was in maturing, growing out of being a kid.  He never really was good at anything that had to do with being an adult.  I never really put much thought into it but now I know deep down in my heart it's because of some mental disability he has.  Never good at writing or with numbers or even explaining anything in depth.  Before all this happened he was still at home with his parents with no sign of ever leaving on his own.  His mom Balance and his brother Ruben have always been closer than anyone can truly be, this has destroyed them in so many ways.

I plead that you be as lenient as you can be in a situation like this.  I can notice how mentally and physically draining this is for everyone in my family.  I fear for my cousin Sam's safety and pray he comes home soon.  I know it's not slap on the wrist but immediately he knew how wrong he was.  He regretted thing instantly and I know he will never ever do anything like this ever again.  I pray that he does not spend the rest of his life in prison as I believe everyone deserves a second chance.  He is a son, a brother, a cousin, a friend.  I'm sure as you can see for yourself he is not a danger or a threat to anyone.  Thank you for taking the time to read this as it comes from the bottom of my heart.


Sincerely, Alex Mendez

To the honorable Judge,

My name is Alex Mendez, I am the cousin to Samuel Mendez. Since kids me and him have always been close. Seeing how we are only a few months apart from age in a very big family. I've always been able to count on Sam to be there for me when I need an extra hand in anything. Always at every family function no matter how small or how important. Over the years I've always noticed how behind he was in maturing, growing out of being a kid. He never really was good at anything that had to do with being an adult. I never really put much thought into it but now I know deep down in my heart it's because of some mental disability he has. Never good at writing or with numbers or even explaining anything in depth. Before all this happened he was still at home with his parents with no sign of ever leaving on his own. His mom Blanca and his brother Ruben have always been closer then anyone can truly be, this has destroyed them in so many ways.

A-4

I plead that you be as lenient as you can be in a situation like this. I can notice how mentally and physically draining this is for everyone in my family. I fear for my cousin Sam's safety and pray he comes home soon. I know it's no slap on the wrist but immediately he knew how wrong he was. He regretted thing instantly and I know he will never ever do anything like this ever again. I pray that he does not spend the rest of his life in prison as I believe everyone deserves a second chance. He is a son, a brother, a cousin, a friend. I'm sure as you can see for yourself he is not a danger or a threat to anyone. Thank you for taking the time to read this as it comes from the bottom of my heart.

Sincerely,

To the Honorable Judge,

My name is Jordan Mendez and Samuel Mendez is my cousin, I will always see him as my little cousin that I had to defend as a kid from being bullied and picked on. I am writing this letter as a show of support and to ask for leniency in his sentence. Sam has always been a kind and caring person, whenever we have family functions or go out with friends he always asks what he can do to help. When his brother was suffering through a mental health event he was there leading the search for him while also calming his mother down and reassuring her that he would be found. While Sam is a good and caring person, he has some disabilities that I've noticed over the years. He is not mentally and emotionally mature, it's as if that part of his brain stopped developing. I say this because he never showed interest in things that adults show interest in, he never moved out of the house with his parents or even mentioned living on his own, I do not think he has ever made a major life decision without the influence or guidance of someone he trusted. I never thought Sam would do anything to harm another person but his actions have harmed himself and everyone in our family, no one more than his mother and brother who both need Sam. Ruben, Sam's brother, is just finding himself and has always leaned on Sam for support. His mother Blanca, her reason for living is taking care of my uncle and her kids and this has broken her as I've never seen. I cannot remember a time in my life when Sam was not there and his absence these past couple of months has been difficult. I have anxiety thinking about him and his health, and this entire process is causing mental and emotional distress to everyone in our family. Being a realist I understand that he will serve time, but I don't want to see him spend his entire life in prison. I know Sam is a good person and that he can change, before this happened he never talked about God and being a better person but every conversation I have had with him recently has included us talking about The Bible, doing good, and what his life will be like after this ordeal. I thank you for taking the time to read this letter and once again I ask for leniency with my little cousin.

Jordan Mendez

Tamara Mendez

Philadelphia, PA

Tamara.r.mendez@gmail.com

To whom it may concern,

My name is Tamara Mendez, and I am one of Samuel's older cousins. My siblings and I grew up with Samuel (also known as Papito for close family) along with his brother and our other cousins. We went to the same school up until middle school, he has always been non-confrontational and introverted. He is the same age as one of my younger brothers, so he spent a lot of time at our home and vice versa.

I am writing this letter to attest to Samuel's character, I respect that Samuel has found himself in a lot of trouble with what he has done, but I would like to offer a fuller picture of him as a person. He is very hard working, he spent most of his time working and at home. He has always been very helpful to his mother and father which whom he has lived with all his life. He has never been very social, outside of family events. He is not one to go out and party, he would prefer to be home. He has always been interested in video games and technology, as a teen he and my brothers would spend lots of time playing together. When we have any family functions such as birthdays, holidays, etc. he always shows up and offers to help if needed. He would spend time speaking with everyone and just being silly with the rest of us. He has always been very timid, soft spoken, and nervous around new people. He has never been in any legal troubles prior to this situation.

Thank you for taking the time to read this, and I ask that you do take all of this into consideration as you make your final decision on the outcome of Samuel's case.

Sincerely,

Tamara Mendez

To whom it may concern,

I am translating this letter from what is being dictated to me by the maternal grandparents (Iris Rosado and Giordan Mendez) of Samuel Mendez. They neither speak English nor know how to write.

Samuel was always pleasant towards us. He is a humble kid, who always stayed out of trouble. He is someone who enjoys staying home, going to work, and if he ever went out, it was always with family. Unlike some of our other grandkids, when he came to visit either of us, he would always say "bendicion" (God Bless) and hug and kiss us on the cheek as a form of greeting. While he was a quiet person, who rarely spoke, he was always down to watch a movie with us or play board games with his cousins.

Iris Rosado

Giordan Mendez

Translated by: Stephanie Mendez

A-8

To Whom it may concern:                              2-6-23


My name is Juan Rivera Sr. and I lie on 2919 N. Hope Street for over 20years.   My family and I grew up with Samuel Mendez all his life.  To us he is more to himself but very quiet.  He loves working with his company and playing on hisPS4.  He was raised with both of my kids.  He is very polite always say hi and greeting everybody.  If you have any questions feel free in calling me at 2679869915.


                                                    Juan Rivera Sr.

To Whom it may concern          2-6-23

My Name is Juan Rivera S... and I live on 2919 N Hope Street. For over 20 years. My family and I grew up with Samuel Mendez almost all his Life. To us he is more to himself but very quiet. He loves working with his Company and playing on his ps4. He was raised with both of my kids. He is very Polite always say hi and greeting everybody. If you have any question feel free in calling me at 267 986 9915

Juan Rivera Sr

A-9

2/23/2023


May God bless all of those present.

This letter is to let you know about Samuel Mendez.

I have lived on the block at 2918 N. Hope for 30 years. I have known his family for many years, and I am aware that I know Samuel Mendez. He is very hardworking, a student and does not have problems with anyone. He is very respectful. He goes from home to work and back. His parents have raised him with many values and with respect for everyone. We are neighbors.

Signed by,


[Signature]
Margarita Rodriguez

23-2023

Dios me los bendiga
a todas la presente de esto
carta es para darle saber
sobre Samuel Mendez
yo hace 30 años que vivo
aquí en el Bloque 2918 N hope
y conosco a esa familia
por muchos años y soy
conciente que a Samuel
Mendez lo conosco y es
un muchacho muy trabajador
estudiante y no tiene problemas
con nadie es muy Respetu-
oso de la casa al trabajo y
los padres los han criado
con muchos valores y Respeto
a todo el mundo.
Somos vecinos
                    Firma
            Margarito Rodriguez

B

# **Photos**

B-1

**YOUNG SAMUEL MENDEZ**



**THE MENDEZ FAMILY**



**Mom-Blanca and Dad-Ruben (standing), Big brother-Ruben, Jr. and Sammy (left to right).**

C

**Dr. Melvin Pagan-Gonzalez, Psy.D**
**C-1 Psychosexual Evaluation**
**(FILED UNDER SEAL)**