# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 30, 2023

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 23-13216-B
Case Style: USA v. Samuel Mendez
District Court Docket No: 6:23-cr-00010-PGB-DCI-1

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

Case 6:23-cr-00010-PGB-DCI   Document 78   Filed 11/30/23   Page 2 of 3 PageID 346
USCA11 Case: 23-13216   Document: 19   Date Filed: 11/30/2023   Page: 2 of 3

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13216-B
_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

versus

SAMUEL ERNESTO MENDEZ,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Samuel Ernesto Mendez is GRANTED by clerk [10081899-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective November 30, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION